ESTATE OF Melinda Ellen Flynn WALKER, by its Administrator, Denyse R. WAUGH, Plaintiff–Appellant,

v.

Joseph D. McGRATH, Defendant.

Estate of Brian J. McGrath, by its Administrator, Melinda Atess, Defendant–Appellee.

No. 00–1752.

United States Court of Appeals, Eighth Circuit.

Submitted Jan. 10, 2001.

Decided Jan. 19, 2001.

Before WOLLMAN, Chief Judge,
FAGG, and HANSEN, Circuit Judges.

PER CURIAM.

Melinda Walker and Brian McGrath were killed when their automobiles collided. Walker's estate brought this diversity action against McGrath's estate for wrongful death, and a jury trial was conducted on the issue of damages only. The jury awarded Walker's estate $102,034.35 for loss of accumulation to the estate, burial and ambulance expenses, past loss of financial support, and future loss of financial support. Although Walker had been married for six weeks at the time of the accident, the jury awarded no damages for past loss of spousal consortium or future loss of spousal consortium. Applying Iowa law, the district court denied a post-judgment motion for a new trial, deciding the verdict was not outside the wide boundaries of substantial justice. Walker challenges this decision on appeal. Having carefully reviewed the record, we conclude the district court did not abuse its discretion in denying the new trial, and thus affirm this state-law diversity case without an extended opinion. *See* 8th Cir. R. 47B.